UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    REMY MOORE

CASE NO. 20-45665-PJS
CHAPTER 13
HONORABLE PHILLIP J. SHEFFERLY

    DEBTOR.
_____/

CHRISTOPHER M. CAREY (P51527)
Attorney for Debtor
23930 Michigan Avenue
Dearborn, MI 48124
(313) 274-2999
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ("Creditor"), for its Objection to Confirmation of Debtor's Chapter 13 Plan, states as follows:

    1.    The Creditor is the owner of the 2017 Jeep Patriot bearing vehicle identification number 1C4NJPFA1HD161988.

    2.    The gross outstanding indebtedness owing to the Creditor under the terms of the Lease Agreement at the time of filing of the Bankruptcy was $14,569.52.

    3.    The monthly payments under the terms of the Lease Agreement are $288.11.

    4.    The Plan states that the Debtor will assume the lease and make monthly payments of $288.00.

5. The Plan states an arrearage in the amount of $1,152.00 as a Class 4.4 claim, to be paid at $96.00 per month over 12 months.

6. The actual arrearage is $2,095.97.

7. The Lease matures August 28, 2020, at which time the debtor must return said vehicle or purchase the vehicle for the balance owing.

8. The Creditor requests proof of full-coverage insurance.

9. The Plan fails to provide for a prompt cure and adequate assurance of future performance as required by 11 U.S.C. § 365.

10. The lease expires August 28, 2020. All payments due under the terms of the Lease Agreement must be paid on or before that date.

In conclusion, the Creditor requests that this Court grant the relief requested and not confirm the Chapter 13 Plan until these Objections are resolved.

O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*

_____
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: June 23, 2020