UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    REMY MOORE                        CASE NO. 20-45665-PJS
                                            CHAPTER 13
                                            HONORABLE PHILLIP J. SHEFFERLY

    DEBTOR.
_____/

CHRISTOPHER M. CAREY (P51527)
Attorney for Debtor
23930 Michigan Avenue
Dearborn, MI 48124
(313) 274-2999
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

## PROOF OF SERVICE

    CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 23rd day of June, 2020, a copy of the Objection of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. to Confirmation of Debtor's Chapter 13 Plan and this Proof of Service was served upon

| | |
|---|---|
| David W. Ruskin | Christopher M. Carey |
| Trustee | Attorney at Law |
| 26555 Evergreen Road | 23930 Michigan Avenue |
| 1100 Travelers Tower | Dearborn, MI 48124 |
| Southfield, MI 48076 | |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*
_____
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: June 23, 2020